# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1117
L.T. Case No. 2008-CF-005700-A

_____

STEVE ANDERSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County,
Jeb T. Branham, Judge.

Steve Anderson, Jasper, for Appellant.

No Appearance for Appellee.

June 4, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____